IN THE

TENTH COURT OF
APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-04-00157-CV

 

In the Interest of S.R., a Child

 

 



From the 19th
District Court

McLennan County, Texas

Trial Court #
2002-3811-1

 



MEMORANDUM 
Opinion



 

Appellant failed to serve a copy of the notice of appeal on the other
parties to this proceeding.  The Clerk of
this Court notified Appellant that the appeal may be dismissed for failure to
comply with the requirements of the Rules of Appellate Procedure if the notice
of appeal was not properly served and proof of service filed with the Court
within 10 days.  See Tex. R. App. P. 42.3(a).  Appellant has failed to comply.  Accordingly, the appeal is dismissed.

PER CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed September 8, 2004

[CV06]